**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE BRANDYWINE | § | |
| COMMUNICATIONS | § | MDL No. 2462 |
| TECHNOLOGIES, LLC | § | |
| PATENT LITIGATION | § | |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Corporate Disclosure Statement of Plaintiff Brandywine Communications Technologies, LLC and all supporting documents are being served on this 30th day of May 2013 to the following in the manners specified below:

Defendant Dakota Communications, LLC
c/o M. Lee
CSR I
Arizona Corporate Commission
1300 W. Washington St.
Phoenix, AZ 85007
*via First Class Mail to last known address*

John M. Powers
Counsel for Defendant Datum Communications Incorporated
Powers & Hovore PLLC
14300 N Northsight Blvd., Ste. 211
Scottsdale, AZ 85260
john@thebizfirm.com
*via email*

Defendant Internet Holdings, LLC
c/o Robert A. Lawrence
1766 S. Fraser
Mesa, AZ 85204
*via First Class Mail to last known address*

Scott A. Irby
Richard Blakely Glasgow
Counsel for Defendants
    NATCO Communications, Inc.
    American Network Communications, Inc.,
Wright, Lindsey & Jennings LLP
200 West Capitol Ave., Suite 2300
Little Rock, AR 72201-3699
sirby@wlj.com
bglasgow@wlj.com
*via email*

Drew Wills
Counsel for Defendant Precision Communications, Inc.
Wills & Adams, LLP
2 North Cascade Ave., Suite 1000
Colorado Springs, CO 80903
drew@willsadams.com
*via email*

Ron C. Finley
Jeremy M. Duggan
Counsel for Defendant Corporate West Computer Systems Inc.
Beck, Ross, Bismonte, Finley LLP
150 Almaden Blvd., 10th floor
San Jose, CA 95113
rfinley@beckross.com
jduggan@beckross.com
*via email*

Robert A. McFarlane
Counsel for Defendant Sonic.net Inc.
Hanson Bridgett LLP
425 Market Street, 26th floor
San Francisco, CA 94105
rmcfarlane@hansonbridgett.com
*via email*

Defendant Impulse Advanced Communications, LLC
c/o David Clark
5383 Hollister Ave., Suite 240
Goleta, CA 93111
*via First Class Mail to last known address*

Defendant MM Internet Inc.
c/o Bill D'Anjou
200 Oceangate, Suite 800
Long Beach, CA 90802
*via First Class Mail to last known address*

Defendant Coastal Web Online Corporation
c/o Barry Bullis
1390 Broadway, Suite B312
Placerville, CA 95667
*via First Class Mail to last known address*

Defendant Surfnet Communications, Inc.
c/o Mark Morgenthaler
P.O. Box 66831
Scotts Valley, CA 95067
*via First Class Mail to last known address*

Robert A. Huntsman
Counsel for Defendants
    CDS Wireless Inc.,
    Cactus International, Inc.,
    DLS Computer Services, Inc.,
    Graydog Internet, Inc.,
    TMN, Inc.,
    Texas Communications, Inc.
Huntsman Law Group, PLLC
10400 W. Overland #174
Boise, ID 83709
law2013@huntsmanlg.com
*via email*

Defendant LA Bridge Inc.
c/o Rommel Agustin
4540 Jenkinson Circle
Pollock Pines, CA 95726
*via First Class Mail to last known address*

Defendant OM Networks d/b/a Omsoft Technologies
c/o Robert Nickerson
1930 5th Street, Suite C
Davis, CA 95616
*via First Class Mail to last known address*

3

William H. Boice
Russel A. Korn
Counsel for Defendants
    AT&T Corp.,
    SBC Internet Services, Inc.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
bboice@kilpatricktownsend.com
rkorn@kilpatricktownsend.com
*via email*

Defendant Inreach Internet, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
*via First Class Mail to last known address*

David S. Elkins
Joseph P. Grasser
Counsel for Defendant Megapath Inc.
Squire Sanders LLP
600 Hansen Way
Palo Alto, CA 94304
david.elkins@squiresanders.com
joseph.grasser@squiresanders.com
*via email*

Neil L. Arney
Meshach Y. Rhoades
Counsel for Defendant Windstream Corporation
Kutak Rock LLP
1801 California Street, Suite 3100
Denver, CO 80202-2626
neil.arney@kutakrock.com
meshach.rhoades@kutakrock.com
*via email*

Brian D. Siff
Gina M. Bassi
Counsel for Defendant Consolidated Communications Holdings Inc.
Schiff Hardin LLP
666 Fifth Ave., Suite 1700
New York, NY 10103
bsiff@schiffhardin.com
gbassi@schiffhardin.com
*via email*

Harvy W. Gurland, Jr.
L. Norwood Jameson
Counsel for Defendants
	Centurytel Broadband Services, LLC,
	Qwest Corporation,
Duane Morris LLP
1075 Peachtree St. NE, Suite 2000
Atlanta, GA 30309
hwgurland@duanemorris.com
wjameson@duanemorris.com
*via email*

Matthew C. Gaudet
David C. Dotson
Counsel for Defendants
	Centurytel Broadband Services, LLC,
	Qwest Corporation,
	OrbitCom, Inc.
Duane Morris LLP
1075 Peachtree St. NE, Suite 2000
Atlanta, GA 30309
mcgaudet@duanemorris.com
dcdotson@duanemorris.com
*via email*

Clay A. Deatherage
Counsel for Interested Party Adtran, Inc.
Shutts & Bowen, LLP
P.O. Box 4956
Orlando , FL 32802-4956
cdeatherage@shutts.com
*via email*

R. Howard Lake
Counsel for Defendant Coastal Telco Services, Inc.
Lake & Denison, LLP
258 Main Street
P.O. Box 67
Winthrop, ME 04364
hlake@lakedenison.com
*via email*

Alfred C. Frawley
Counsel for Defendant Union River Telephone Company
Law Office of Alfred Frawley
110 Marginal Way #184
Portland, ME 04101
afrawley@frawleylegal.com
*via email*

Robert H. Carp
Counsel for Defendant Galaxy Internet Services, Inc.
Carp Law Offices, LLC
188 Needham Street, Suite 110R
Newton, MA 02464
bob@gis.net
*via email*

Kevin D. Conneely
Ruth Rivard
Benjamin P. Freedland
Counsel for Defendant HickoryTech Corporation
Leonard Street & Deinard, P.A.
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
kevin.conneely@leonard.com
ruth.rivard@leonard.com
benjamin.freedland@leonard.com
*via email*

Timothy R. Shannon
Counsel for Defendant G4 Communications Corporation
Verrill Dana LLP
One Portland Square
Portland, ME 04112-0586
tshannon@verrilldana.com
*via email*

John J. Okuley
Counsel for Defendant DBSolutions, Inc.
Okuley Smith LLC
7700 Rivers Edge Dr.
Columbus, OH 43235
jokuley@okuleysmith.com
*via email*

Michael J. LaBrie
Jassica John Bowman
Counsel for Defendant MBO Data, LLC
McAfee & Taft a Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK 73102-7103
michael.labrie@mcafeetaft.com
jessica.johnbowman@mcafeetaft.com
*via email*

Defendant Nextgen Internet Systems, Inc.
c/o Theodore Wadman
314 SW Monroe Ave.
Corvallis, OR 97333
*via First Class Mail to last known address*

Michael M. Ratoza
Laura Caldera Taylor
Counsel for Defendants
    Peak Internet, LLC
    Stayton Cooperative Telephone Company
Bullivant Houser Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2089
michael.ratoza@bullivant.com
laura.taylor@bullivant.com
*via email*

William T. Ramsey
Counsel for Defendant Loretto Communications Services, Inc.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
ramseywt@nealharwell.com
*via email*

Robin M. Green
Counsel for Defendant Colorado Valley Communications, Inc.
Richards, Elder & Green PLLC
3223 South Loop 289, Suite 424 (79423)
P.O. Box 64657
Lubbock, TX 79464-4657
rgreen@regllp.com
*via email*

John N. Zarian
Counsel for Defendant IKANO Communications, Inc.
Parsons Behle & Latimer
960 Broadway Avenue, Suite 250
Boise, ID 83706
jzarian@parsonsbehle.com
*via email*

Tricia A. Nell
Counsel for Defendant Trinet-E Telecommunications, Inc.
Tricia Nell Law Office, S.C.
380 Main Avenue, Suite 1A
P.O. Box 5732
De Pere, WI 54115
tricia@tricianell.com
*via email*

Dated:  May 30, 2013    /s/ Lei Sun
　　　　　　　　　　　　Lei Sun
　　　　　　　　　　　　Cal. Bar No. 251304
　　　　　　　　　　　　lsun@farneydaniels.com
　　　　　　　　　　　　FARNEY DANIELS PC
　　　　　　　　　　　　800 S. Austin Ave., Suite 200
　　　　　　　　　　　　Georgetown, TX  78626
　　　　　　　　　　　　Telephone:  (512) 582-2828
　　　　　　　　　　　　Facsimile:  (512) 582-2829

　　　　　　　　　　　　*Counsel for*
　　　　　　　　　　　　*Brandywine Communications Technologies, LLC*